FILED

05/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0232

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SEAN MCKELVEY CALAHAN,

Defendant and Appellant.

FILED

MAY 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant Sean McKelvey Calahan moves this Court to withdraw representation as attorney of record because the scope of representation did not include an appeal. Counsel points out that Calahan has been incarcerated for more than a year, lacks the resources for such an endeavor, and indigent. Counsel requests appointment of counsel from the Appellate Defender Division.

Upon review of the motion and good cause, therefore,

IT IS ORDERED that the Motion to Withdraw is GRANTED, and that appointment of appellate counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Sean McKelvey Calahan personally.

DATED this 18 day of May, 2021.

For the Court,

By _____
Chief Justice